UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
ELBA KNIGHT, I                      §     Case No. 10-08147
                                    §
          Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on          . The case was converted to one under Chapter 7 on            . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/GREGG SZILAGYI_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-08147 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | GREGG SZILAGYI |
| Case Name: | ELBA KNIGHT, I | | | | Date Filed (f) or Converted (c): | 12/04/2012 (c) |
| | | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 06/12/2014 | | | | Claims Bar Date: | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with TCF Bank | 45.00 | 0.00 | | 0.00 | 0.00 |
| 2. Savings Account with TCF bank | 200.00 | 0.00 | | 0.00 | 0.00 |
| 3. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Personal used clothing | 400.00 | 0.00 | | 0.00 | 0.00 |
| 5. Employer - Term Life Insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. 401k through employer | 30,056.05 | 0.00 | | 0.00 | 0.00 |
| 7. 2012 Estimated Tax Refund based on 2011 $7,659 with $1,600 b | 0.00 | 0.00 | | 6,876.00 | 0.00 |
| 8. Dog | 0.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $31,701.05    $0.00    $6,876.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013    Current Projected Date of Final Report (TFR):

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-08147 | Trustee Name: | GREGG SZILAGYI |
| Case Name: | ELBA KNIGHT, I | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX2815 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2182 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/12/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/14 | | Transfer from Acct # xxxxxx6235 | Transfer of Funds | 9999-000 | $2,755.00 | | $2,755.00 |
| 05/20/14 | 2000 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL 60601 | EXEMPTION PAYMENT | 8100-002 | | $2,755.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $2,755.00 | $2,755.00 |
| Less: Bank Transfers/CD's | $2,755.00 | $0.00 |
| Subtotal | $0.00 | $2,755.00 |
| Less: Payments to Debtors | $0.00 | $2,755.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*                Page Subtotals:                $2,755.00        $2,755.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 10-08147 | Trustee Name: GREGG SZILAGYI |
| Case Name: ELBA KNIGHT, I | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6235 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX2182 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/12/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/13 | 7 | U.S. TREASURY | TAX REFUND | 1124-000 | $6,876.00 | | $6,876.00 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $6,866.00 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.21 | $6,855.79 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $6,845.79 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.18 | $6,835.61 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.16 | $6,825.45 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $6,815.45 |
| 05/20/14 | 1000 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL 60601 | EXEMPTION FOR TAX REFUND Reversal WRONG ACCT | 8100-003 | | ($2,755.00) | $9,570.45 |
| 05/20/14 | 1000 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL 60601 | EXEMPTION FOR TAX REFUND | 8100-003 | | $2,755.00 | $6,815.45 |
| 05/20/14 | | Transfer to Acct # xxxxxx2815 | Transfer of Funds | 9999-000 | | $2,755.00 | $4,060.45 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,876.00 | $2,815.55 |
| Less: Bank Transfers/CD's | $0.00 | $2,755.00 |
| Subtotal | $6,876.00 | $60.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,876.00 | $60.55 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:     $6,876.00     $2,815.55

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2815 - Checking | $0.00 | $0.00 | $0.00 |
| XXXXXX6235 - MONEY MARKET ACCOUNT | $6,876.00 | $60.55 | $4,060.45 |
| | $6,876.00 | $60.55 | $4,060.45 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,876.00 |
| Total Gross Receipts: | $6,876.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-08147-JBS
Debtor Name: ELBA KNIGHT, I
Claims Bar Date: 4/12/2013

Date: June 16, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $1,030.25 | $1,030.25 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Rjm Acq Llc<br>575 Underhill Blvd Ste 224<br>Syosset, NY  11791 | Unsecured | OK | $0.00 | $163.82 | $163.82 |
| 2 300 7100 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | Unsecured | OK | $0.00 | $9,859.99 | $9,859.99 |
| 3 300 7100 | N. A. Capital One Bank (USA)<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Unsecured | OK | $0.00 | $2,159.08 | $2,159.08 |
| 4 300 7100 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC  29603-0368 | Unsecured | OK | $0.00 | $1,121.64 | $1,121.64 |
| 5 300 7100 | Jefferson Capital Systems LLC<br>Purchased From ARROW FINANCIAL SERVICES,<br>PO BOX 7999<br>SAINT CLOUD, MN  56302-9617<br>Orig By: WELLS FARGO FINANCIAL INC. | Unsecured | OK | $0.00 | $15,293.66 | $15,293.66 |
| 6 300 7100 | Premier Bankcard/ Charter<br>P.O. Box 2208<br>Vacaville, CA  95696 | Unsecured | OK | $0.00 | $345.06 | $345.06 |
| 7 300 7100 | Premier Bankcard/ Charter<br>P.O. Box 2208<br>Vacaville, CA  95696 | Unsecured | OK | $0.00 | $382.22 | $382.22 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:10-08147-JBS  
Debtor Name: ELBA KNIGHT, I  
Claims Bar Date: 4/12/2013  

Date: June 16, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8 / 300 / 7100 | National auto Finance<br>po box 130424<br>Roseville, mn 55113 | Unsecured | OK | $0.00 | $9,800.05 | $9,800.05 |
| 9 / 300 / 7100 | Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | Unsecured | OK | $0.00 | $477.32 | $477.32 |
| 10 / 300 / 7100 | Quantum3 Group LLC as agent for<br>Galaxy Portfolios LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | OK | $0.00 | $2,210.34 | $2,210.34 |
| 11 / 300 / 7100 | Saint Joseph Hospital<br>c/o James T. Gately<br>8233 W. 185th Street<br>Tinley Park, IL 60487 | Unsecured | OK | $0.00 | $691.68 | $691.68 |
| 12 / 300 / 7100 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 | Unsecured | OK | $0.00 | $8,304.09 | $8,304.09 |
| 13 / 300 / 7100 | Regional Acceptance Corporation<br>Bankruptcy Section/100-50-01-51<br>PO Box 1847<br>Wilson, NC 27894 | Unsecured | OK | $0.00 | $8,797.36 | $8,797.36 |
| | Case Totals | | | $0.00 | $60,636.56 | $60,636.56 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-08147
Case Name: ELBA KNIGHT, I
Trustee Name: GREGG SZILAGYI

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rjm Acq Llc | $ | $ | $ |
| 2 | Midland Credit Management, Inc. | $ | $ | $ |
| 3 | N. A. Capital One Bank (USA) | $ | $ | $ |
| 4 | Merrick Bank | $ | $ | $ |
| 5 | Jefferson Capital Systems LLC | $ | $ | $ |
| 6 | Premier Bankcard/ Charter | $ | $ | $ |
| 7 | Premier Bankcard/ Charter | $ | $ | $ |
| 8 | National auto Finance | $ | $ | $ |
| 9 | Monroe & Main | $ | $ | $ |
| 10 | Quantum3 Group LLC as agent for | $ | $ | $ |
| 11 | Saint Joseph Hospital | $ | $ | $ |
| 12 | American InfoSource LP as agent for | $ | $ | $ |
| 13 | Regional Acceptance Corporation | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                         $_____

Case 10-08147    Doc 40    Filed 06/26/14    Entered 06/26/14 14:43:44    Desc Main
                             Document      Page 11 of 11

      Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE