# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ELBA KNIGHT, I | § | Case No. 10-08147 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    219 S. Dearborn Street
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/28/2014 in Courtroom 682,
    U.S. Bankrptcy Court
    219 S. Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/05/2014      By: /s/ Gregg Szilagyi
                          Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
ELBA KNIGHT, I   §   Case No. 10-08147
        §
        Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,876.00 |
| and approved disbursements of | $ | 2,815.55 |
| leaving a balance on hand of[1] | $ | 4,060.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,030.25 | $ 0.00 | $ 1,030.25 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,030.25 |
| Remaining Balance | | | $ 3,030.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,606.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Rjm Acq Llc | $ 163.82 | $ 0.00 | $ 8.33 |
| 2 | Midland Credit Management, Inc. | $ 9,859.99 | $ 0.00 | $ 501.25 |
| 3 | N. A. Capital One Bank (USA) | $ 2,159.08 | $ 0.00 | $ 109.76 |
| 4 | Merrick Bank | $ 1,121.64 | $ 0.00 | $ 57.02 |
| 5 | Jefferson Capital Systems LLC | $ 15,293.66 | $ 0.00 | $ 777.48 |
| 6 | Premier Bankcard/ Charter | $ 345.06 | $ 0.00 | $ 17.54 |
| 7 | Premier Bankcard/ Charter | $ 382.22 | $ 0.00 | $ 19.43 |
| 8 | National auto Finance | $ 9,800.05 | $ 0.00 | $ 498.20 |
| 9 | Monroe & Main | $ 477.32 | $ 0.00 | $ 24.27 |
| 10 | Quantum3 Group LLC as agent for | $ 2,210.34 | $ 0.00 | $ 112.37 |
| 11 | Saint Joseph Hospital | $ 691.68 | $ 0.00 | $ 35.16 |
| 12 | American InfoSource LP as agent for | $ 8,304.09 | $ 0.00 | $ 422.15 |
| 13 | Regional Acceptance Corporation | $ 8,797.36 | $ 0.00 | $ 447.24 |

Total to be paid to timely general unsecured creditors    $ 3,030.20

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-08147-JBS
Elba I Knight                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 2              Date Rcvd: Aug 06, 2014
                     Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2014.
```
db            #+Elba I Knight,   400 E. Randolph,    #924,   Chicago, IL 60601-7309
15172198       +Arrow Financial Services,   5996 W Touhy Ave,    Niles, IL 60714-4610
15172199       +Blitt and Gaines PC,   318 W Adams St,   Suite 1600,   Chicago, IL 60606-5173
15172200       +Blitt and Gaines, P.C.,   318 W. Adams Street,   Suite 1600,   Chicago, IL 60606-5173
15172201      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    Attn: C/O TSYS Debt Management,   Po Box 5155,
                 Norcross, GA 30091)
15172205      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Exxmblciti,    Attn.: Centralized Bankruptcy,   Po Box 20507,
                 Kansas City, MO 64195)
15249898        Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,   PO Box 71083,
                 Charlotte, NC 28272-1083
15172202        Chase,   Bank One Card Serv,   Westerville, OH 43081
15172203       +Cross Pointe,   220 Hickory St,   Warren, PA 16368-0001
15172204       +Direct Merchants Bank,   Card Member Services - GSC,   Po Box 5246,   Carol Stream, IL 60197-5246
15172206       +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
15172207       +Freedman Anselmo Lindberg,   POBox 3228,   Naperville, IL 60566-3228
15172210      ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
               (address filed with court: Hsbc/rs,   Hsbc Retail Services Attn: Bankruptcy,   Po Box 15522,
                 Wilmington, DE 19850)
15172208       +Harris,   222 Merchandise Mart Plz,   Chicago, IL 60654-1474
15172209       +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
15172211       +Illinois Collection Se,   8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
15172197       +Jennifer Trofa,   Legal Helpers, PC,   Sears Tower,   233 S. Wacker Suite 5150,
                 Chicago, IL 60606-6371
15172212       +Marine Anesthesia LLC,   PO Box 486,   Lake Forest, IL 60045-0486
15172213       +Med Busi Bur,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
15172214       +Medical Business Burea,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
15531678       +Monroe & Main,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
15172217       +Monroe And Main,   1112 7th Ave,   Monroe, WI 53566-1364
15488354      +++National auto Finance,   po box 130424,   Roseville mn 55113-0004
19974840      +++Regional Acceptance Corporation,   Bankruptcy Section/100-50-01-51,   PO Box 1847,
                 Wilson, NC 27894-1847
15172220      +++Rjm Acq Llc,   575 Underhill Blvd Ste 224,   Syosset, NY 11791-3416
15604085       +Saint Joseph Hospital,   c/o James T. Gately,   8233 W. 185th Street,
                 Tinley Park, IL 60487-9220
15172221       +Wap/Worldwide Asset Purchasing,   Worldwide Asset Purchasing/West Asset Mg,
                 2253 Northwest Pkwy Se,   Marietta, GA 30067-8764
15172222       +Washington Mutual / Providian,   Attn: Bankruptcy Dept.,   Po Box 10467,
                 Greenville, SC 29603-0467
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19959682        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2014 01:32:34
                 American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
                 Oklahoma City, OK  73126-8941
15556735        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2014 01:32:27
                 Galaxy Portfolios, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
15421656       +E-mail/Text: jcap_bnc_notices@jeffersoncapitalinternational.com Aug 07 2014 01:24:34
                 Jefferson Capital Systems LLC,   Purchased From ARROW FINANCIAL SERVICES,,   PO BOX 7999,
                 SAINT CLOUD MN 56302-7999,   Orig By: WELLS FARGO FINANCIAL INC.
15299600        E-mail/Text: bkr@cardworks.com Aug 07 2014 01:22:29       Merrick Bank,
                 c/o Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
15172215       +E-mail/Text: bkr@cardworks.com Aug 07 2014 01:22:29       Merrick Bank,   Pob 9201,
                 Old Bethpage, NY 11804-9001
15215405       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2014 01:23:46       Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
15172216       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 07 2014 01:23:46       Midland Credit Mgmt,
                 8875 Aero Dr  Ste 200,   San Diego, CA 92123-2255
15172218       +E-mail/Text: ally@ebn.phinsolutions.com Aug 07 2014 01:22:43       Natl A Fin,   PO Box 380901,
                 Bloomington, MN 55438-0901
15461661       +E-mail/Text: csidl@sbcglobal.net Aug 07 2014 01:25:11       Premier Bankcard/ Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
18073247        E-mail/Text: bnc-quantum@quantum3group.com Aug 07 2014 01:23:31
                 Quantum3 Group LLC as agent for,   Galaxy Portfolios LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
15172219        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 07 2014 01:32:31       Regional Acceptance Co,
                 765 Ela R D Suite 205,   Lake Zurich, IL 60004
                                                                                              TOTAL: 11
```

```
District/off: 0752-1           User: lhuley               Page 2 of 2                   Date Rcvd: Aug 06, 2014
                               Form ID: pdf006            Total Noticed: 39
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15172196*    +Elba I Knight,   400 E. Randolph,   #924,   Chicago, IL 60601-7309
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2014 at the address(es) listed below:
              Brian G. Snyder    on behalf of Debtor Elba I Knight NDILnotices@legalhelpers.com,
               CourtNotice@legalhelpers.com;bsn@legalhelpers.com;bk@legalhelpers.com
              Gregg   Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Jennifer A Trofa    on behalf of Debtor Elba I Knight NDILnotices@legalhelpers.com,
               CourtNotice@legalhelpers.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```