UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
ELBA KNIGHT, I § Case No. 10-08147
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___, and it was converted to chapter 7 on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By: /s/GREGG SZILAGYI _____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELBA KNIGHT, I | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arrow Financial Services 5996 W Touhy Ave Niles, IL 60714 | | | | | |
| | Blitt and Gaines PC 318 W Adams St Suite 1600 Chicago, IL 60606 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase Bank One Card Serv Westerville, OH 43081 | | | | | |
| | Cross Pointe 220 Hickory St Warren, PA 16368 | | | | | |
| | Direct Merchants Bank Card Member Services - GSC Po Box 5246 Carol Stream, IL 60197 | | | | | |
| | Exxmblciti Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | | | | |
| | Freedman Anselmo Lindberg POBox 3228 Naperville, IL 60566 | | | | | |
| | Harris 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| | Hsbc/rs Hsbc Retail Services Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Se 8231 W. 185th St. Ste. 100 Tinley Park, IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Marine Anesthesia LLC PO Box 486 Lake Forest, IL 60045 |  |  |  |  |  |
|  | Med Busi Bur 1460 Renaissance Dr Park Ridge, IL 60068 |  |  |  |  |  |
|  | Medical Business Burea 1460 Renaissance Dr Park Ridge, IL 60068 |  |  |  |  |  |
|  | Medical Business Burea 1460 Renaissance Dr Park Ridge, IL 60068 |  |  |  |  |  |
|  | Merrick Bank Pob 9201 Old Bethpage, NY 11804 |  |  |  |  |  |
|  | Midland Credit Mgmt 8875 Aero Dr Ste 200 San Diego, CA 92123 |  |  |  |  |  |
|  | Monroe And Main 1112 7th Ave Monroe, WI 53566 |  |  |  |  |  |
|  | Natl A Fin PO Box 380901 Bloomington, MN 55438 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Regional Acceptance Co 765 Ela R D Suite 205 Lake Zurich, IL 60004 |  |  |  |  |  |
|  | Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 |  |  |  |  |  |
|  | Wap/Worldwide Asset Purchasing Worldwide Asset Purchasing/West Asset Mg 2253 Northwest Pkwy Se Marietta, GA 30067 |  |  |  |  |  |
|  | Washington Mutual / Providian Attn: Bankruptcy Dept. Po Box 10467 Greenville, SC 29603 |  |  |  |  |  |
| 12 | American InfoSource LP as agent for |  |  |  |  |  |
| 5 | Jefferson Capital Systems LLC |  |  |  |  |  |
| 4 | Merrick Bank |  |  |  |  |  |
| 2 | Midland Credit Management, Inc. |  |  |  |  |  |
| 9 | Monroe & Main |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | N. A. Capital One Bank (USA) | | | | | |
| 8 | National auto Finance | | | | | |
| 6 | Premier Bankcard/ Charter | | | | | |
| 7 | Premier Bankcard/ Charter | | | | | |
| 10 | Quantum3 Group LLC as agent for | | | | | |
| 13 | Regional Acceptance Corporation | | | | | |
| 1 | Rjm Acq Llc | | | | | |
| 11 | Saint Joseph Hospital | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-08147 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | ELBA KNIGHT, I | | | | Date Filed (f) or Converted (c): | 12/04/2012 (c) |
| | | | | | 341(a) Meeting Date: | 01/07/2013 |
| For Period Ending: | 02/25/2015 | | | | Claims Bar Date: | 04/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with TCF Bank | 45.00 | 0.00 | | 0.00 | 0.00 |
| 2. Savings Account with TCF bank | 200.00 | 0.00 | | 0.00 | 0.00 |
| 3. Miscellaneous used household goods | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. Personal used clothing | 400.00 | 0.00 | | 0.00 | 0.00 |
| 5. Employer - Term Life Insurance - no cash surrender value | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6. 401k through employer | 30,056.05 | 0.00 | | 0.00 | 0.00 |
| 7. 2012 Estimated Tax Refund based on 2011 $7,659 with $1,600 b | 0.00 | 0.00 | | 6,876.00 | 0.00 |
| 8. Dog | 0.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $31,701.05      $0.00      $6,876.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR): 11/01/2014

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-08147 | Trustee Name: GREGG SZILAGYI |
| Case Name: ELBA KNIGHT, I | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX2815 |
| | Checking |
| Taxpayer ID No: XX-XXX2182 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/25/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/20/14 | | Transfer from Acct # xxxxxx6235 | Transfer of Funds | 9999-000 | $2,755.00 | | $2,755.00 |
| 05/20/14 | 2000 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL  60601 | EXEMPTION PAYMENT | 8100-002 | | $2,755.00 | $0.00 |
| 06/25/14 | 2000 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL  60601 | EXEMPTION PAYMENT Reversal | 8100-002 | | ($2,755.00) | $2,755.00 |
| 06/25/14 | 2001 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL  60601 | EXEMPTION PAYMENT | 8100-002 | | $2,755.00 | $0.00 |
| 08/28/14 | | Transfer from Acct # xxxxxx6235 | Transfer of Funds | 9999-000 | $4,060.45 | | $4,060.45 |
| 08/28/14 | 2002 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,030.25 | $3,030.20 |
| 08/28/14 | 2003 | Rjm Acq Llc<br>575 Underhill Blvd Ste 224<br>Syosset, NY  11791 | Final distribution to claim 1 representing a payment of 5.08 % per court order. | 7100-000 | | $8.33 | $3,021.87 |
| 08/28/14 | 2004 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA  92123 | Final distribution to claim 2 representing a payment of 5.08 % per court order. | 7100-000 | | $501.25 | $2,520.62 |
| 08/28/14 | 2005 | N. A. Capital One Bank (USA)<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 5.08 % per court order. | 7100-000 | | $109.76 | $2,410.86 |
| 08/28/14 | 2006 | Merrick Bank<br>c/o Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC  29603-0368 | Final distribution to claim 4 representing a payment of 5.08 % per court order. | 7100-000 | | $57.02 | $2,353.84 |

Page Subtotals: $6,815.45   $4,461.61

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 10-08147 | Trustee Name: | GREGG SZILAGYI |
| Case Name: ELBA KNIGHT, I | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2815 |
| | | Checking |
| Taxpayer ID No: XX-XXX2182 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 02/25/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/14 | 2007 | Jefferson Capital Systems LLC Purchased From ARROW FINANCIAL SERVICES, PO BOX 7999 SAINT CLOUD, MN 56302-9617 Orig By: WELLS FARGO FINANCIAL INC. | Final distribution to claim 5 representing a payment of 5.08 % per court order. | 7100-000 | | $777.48 | $1,576.36 |
| 08/28/14 | 2008 | Premier Bankcard/ Charter P.O. Box 2208 Vacaville, CA 95696 | Final distribution to claim 6 representing a payment of 5.08 % per court order. | 7100-000 | | $17.54 | $1,558.82 |
| 08/28/14 | 2009 | Premier Bankcard/ Charter P.O. Box 2208 Vacaville, CA 95696 | Final distribution to claim 7 representing a payment of 5.08 % per court order. | 7100-000 | | $19.43 | $1,539.39 |
| 08/28/14 | 2010 | National auto Finance po box 130424 Roseville, mn 55113 | Final distribution to claim 8 representing a payment of 5.08 % per court order. | 7100-000 | | $498.20 | $1,041.19 |
| 08/28/14 | 2011 | Monroe & Main c/o Creditors Bankruptcy Service P O Box 740933 Dallas, Tx 75374 | Final distribution to claim 9 representing a payment of 5.08 % per court order. | 7100-000 | | $24.27 | $1,016.92 |
| 08/28/14 | 2012 | Quantum3 Group LLC as agent for Galaxy Portfolios LLC PO Box 788 Kirkland, WA 98083-0788 | Final distribution to claim 10 representing a payment of 5.08 % per court order. | 7100-000 | | $112.37 | $904.55 |
| 08/28/14 | 2013 | Saint Joseph Hospital c/o James T. Gately 8233 W. 185th Street Tinley Park, IL 60487 | Final distribution to claim 11 representing a payment of 5.08 % per court order. | 7100-000 | | $35.16 | $869.39 |
| 08/28/14 | 2014 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 | Final distribution to claim 12 representing a payment of 5.08 % per court order. | 7100-000 | | $422.15 | $447.24 |
| 08/28/14 | 2015 | Regional Acceptance Corporation Bankruptcy Section/100-50-01-51 PO Box 1847 Wilson, NC 27894 | Final distribution to claim 13 representing a payment of 5.08 % per court order. | 7100-000 | | $447.24 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,815.45 | $6,815.45 |
| Page Subtotals: | $0.00 | $2,353.84 |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

|  |  |  |
|---|---|---|
| Less: Bank Transfers/CD's | $6,815.45 | $0.00 |
| Subtotal | $0.00 | $6,815.45 |
| Less: Payments to Debtors | $0.00 | $2,755.00 |
| Net | $0.00 | $4,060.45 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-08147 | Trustee Name: GREGG SZILAGYI |
| Case Name: ELBA KNIGHT, I | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6235 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX2182 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/25/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/13 | 7 | U.S. TREASURY | TAX REFUND | 1124-000 | $6,876.00 | | $6,876.00 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $6,866.00 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.21 | $6,855.79 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $6,845.79 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.18 | $6,835.61 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.16 | $6,825.45 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $10.00 | $6,815.45 |
| 05/20/14 | 1000 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL 60601 | EXEMPTION FOR TAX REFUND Reversal<br>WRONG ACCT | 8100-000 | | ($2,755.00) | $9,570.45 |
| 05/20/14 | 1000 | ELBA KNIGHT, I<br>400 E. RANDOLPH<br>#924<br>CHICAGO, IL 60601 | EXEMPTION FOR TAX REFUND | 8100-000 | | $2,755.00 | $6,815.45 |
| 05/20/14 | | Transfer to Acct # xxxxxx2815 | Transfer of Funds | 9999-000 | | $2,755.00 | $4,060.45 |
| 08/28/14 | | Transfer to Acct # xxxxxx2815 | Transfer of Funds | 9999-000 | | $4,060.45 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,876.00 | $6,876.00 |
| Less: Bank Transfers/CD's | $0.00 | $6,815.45 |
| Subtotal | $6,876.00 | $60.55 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,876.00 | $60.55 |

Page Subtotals: $6,876.00  $6,876.00

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX2815 - Checking | $0.00 | $4,060.45 | $0.00 |
| XXXXXX6235 - MONEY MARKET ACCOUNT | $6,876.00 | $60.55 | $0.00 |
|  | $6,876.00 | $4,121.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,876.00 |
| Total Gross Receipts: | $6,876.00 |

Page Subtotals:                                     $0.00           $0.00